## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORRIS JOSEPH FORET** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2243** |
| **TERREBONNE PARISH JAIL, ET AL.** | **SECTION "O"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure[2] of the Plaintiff Norris Joseph Foret to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with this Court's order.

New Orleans, Louisiana, this 24th day of January, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 4.

[2] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, Plaintiff has not filed an objection to the Report and Recommendation issued by U.S. Magistrate Judge North on December 6, 2024. ECF No. 4.